389 A.2d 159

Commonwealth v. Armor, Appellant.

Submitted March 14, 1977. Philip D. Freedman, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and Le-Roy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, P. J., and HOFFMAN, J., dissent and would remand for a hearing pursuant to *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).

WATKINS, former P. J., did not participate in the consideration or decision of this case.